This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**NAREND CHAND,**

Plaintiff-Appellant,

**v.** No. 33,689

**JOSEPH RIGGS,**

Defendant-Appellee.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Beatrice J. Brickhouse, District Judge**

Narend Chand
Santa Rosa, NM

Pro Se Appellant

Montgomery & Andrews PA
Margaret A. Graham
Albuquerque, NM

for Appellee

**MEMORANDUM OPINION**

**SUTIN, Judge.**

{1}    Plaintiff is appealing from a district court order granting Defendant's motion for summary judgment.  We issued a calendar notice on August 11, 2014, proposing to affirm.  Defendant filed a memorandum in support.  Plaintiff has not filed a memorandum in opposition, and the time for doing so has expired.  *See* Rule 12-210(D)(3) NMRA.  Accordingly, we affirm the district court.  *See Frick v. Veazey*, 1993-NMCA-119, ¶ 2, 116 N.M. 246, 861 P.2d 287 ("Failure to file a memorandum in opposition constitutes acceptance of the disposition proposed in the calendar notice.").

{2}    **IT IS SO ORDERED.**


_____
**JONATHAN B. SUTIN, Judge**


**WE CONCUR:**


_____
**LINDA M. VANZI, Judge**


_____
**J. MILES HANISEE, Judge**